# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | CV 18-06712-CJC (JCx) | Date | November 27, 2018 |
|---|---|---|---|
| Title | Chris Langer v. California Partners Group, LLC et al | | |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | Not Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION FOR DISMISSAL

The Court, having been advised by the Plaintiff that this action has been resolved by a Joint Stipulation to Dismiss [18], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

In light of the Joint Stipulation to Dismiss, the Court further orders the Order to Show Cause [18] issued on November 21, 2018 discharged.

                                                          _____  :  \_\_\_\_\_

Initials of Deputy Clerk    mku